BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GIESBRECHT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-08-625 MAG |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING |
| v. | ) |
| MICHAEL GIESBRECHT, | ) **CURRENT STATUS DATE:** November 19, 2008, at 9:15 a.m. |
| Defendant. | ) **PROPOSED STATUS DATE:** December 4, 2008, at 9:30 a.m. |

1. On October 16, 2008, Mr. Giesbrecht had his initial appearance in court, at which time the Court set another status conference for November 19, 2008.

2. Since that time, undersigned counsel has been discussing a potential resolution in this case with government counsel. The parties believe they will be able to reach a resolution but are in need of more time in which to do so.

3. Undersigned counsel is requesting more time in order to discuss the resolution with Mr. Giesbrecht and ensure that he understands the full nature of the charges against him and consequences that may ensue as a result of resolving the case.

4. Mr. Giesbrecht agrees to waive time from the Speedy Trial Act in order to allow

Stip. & [Proposed] Order to Continue Status
Conference;
*U.S. v. Giesbrecht*, CR 08-625 MAG               1

1  for effective preparation of counsel.

2      5.    Undersigned counsel has discussed the change in date with AUSA Wendy

3  Thomas and she agrees to the request. December 4, 2008, is a date that is amenable to the

4  schedules of all parties.

6      IT IS SO STIPULATED.

7  11/17/08                                /s/

8  _____        _____

   DATED                            WENDY THOMAS

9                                            Assistant United States Attorney

11  11/17/08                              /s/

12  _____        _____

   DATED                            RITA BOSWORTH

                                         Assistant Federal Public Defender

14      IT IS SO ORDERED.

16     November 17, 2008

   _____

   DATED

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" / Judge Edward M. Chen)*

Stip. & [Proposed] Order to Continue Status
Conference;
*U.S. v. Giesbrecht*, CR 08-625 MAG        2